## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL BECK,
                    Appellant,
        vs.
NATIONSTAR MORTGAGE, D/B/A MR.
COOPER; FIRST AMERICAN
TRUSTEE SERVICING SOLUTIONS,
LLC; AND WELLS FARGO BANK, N.A.,
AS TRUSTEE FOR SECURITIZED
TRUST STRUCTURED ADJUSTABLE
RATE MORTGAGE LOAN TRUST
SERIES 2007-3,
                    Respondents.

No. 84229

FILED

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion for Leave Pursuant to Nevada Rules of Civil Procedure 12(b)(4) Insufficient Service of Process." Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule allows an appeal from the order identified in the notice of appeal. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (stating that this court "may only consider appeals authorized by statute or court rule"). To the extent appellant appeals from the November 18, 2020, order dismissing complaint, the notice of appeal was untimely filed more than 30 days after service of notice of entry of that order. *See* NRAP 4(a)(1). Accordingly, this court lacks jurisdiction, *see Healy v. Volkswagenwerk*

22- 05498

*Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987) (an untimely notice of appeal fails to vest jurisdiction in this court), and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Herndon


cc:     Hon. Thomas W. Gregory, District Judge
        Joel Beck
        Maurice Wood
        Troutman Pepper Hamilton Sanders LLP/Las Vegas
        Kravitz Schnitzer Johnson Watson & Zeppenfeld, Chtd.
        Douglas County Clerk